UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN HARLEY COOK | CIVIL ACTION |
| versus | NO. 13-0187 |
| ST. TAMMANY PARISH JAIL | SECTION: "C" (1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

The Court notes that the recommended reason for dismissing the case without prejudice is that petitioner has not yet exhausted his remedies in state courts. The case is dismissed without prejudice because if his state limitations period for seeking post-conviction relief has not yet expired, he may still timely file the proper state post-conviction application.

Accordingly,

**IT IS ORDERED** that the federal petition of **John Harley Cook** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 8th day of August, 2013.

UNITED STATES DISTRICT JUDGE